# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:22-CV-5243**

**CHIEF DEPUTY JAY CANTRELL;
CAPTAIN NOLAN AKE;
SERGEANT C. PINEDA; SERGEANT J. ALLEN;
CORPORAL T. MULVANEY; DFC GRANADOS;
DFC H. EOFF; CPL. L. CRADDUCK;
CPL. D. NUNZIATO; CPL. D. ROLLINS;
CPL K. TURNER; DFC SCHMITT; DEPUTY REDMOND;
DFC MONTANO; DFC DRUMRIGHT; DFC DERSAM;
DFC E. FRYE; DFC CPL TATE;
DFC R. PHIPPS; SGT. FOSTER;
and CPL. CORLEY**                                                                    **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the following claims survive initial screening:

1. Claims against Sgt. Allen, Dfc. Granados, and Sgt. Pineda in their individual capacities for failure to deliver Plaintiff's mail in violation of the First Amendment right;

2. Claims against Dfc. Schmidt, Deputy Redmond, Cpl. Rollins, Dfc. Montano, Dfc. Drumright, Dfc. Dersam, Dfc. Frye, Cpl. Tate, Dfc. Phipps, and Sgt. Foster in their individual capacities for depriving Plaintiff of a pencil in violation of the First Amendment;

3. Claims against Cpt. Ake in his individual and official capacity for authoring the WCDC pencil policy;

4. Claims against Cpl. Mulvaney in his individual capacity for failure to train and supervise with respect to the WCDC pencil policy;

5. Claims against Cpl. Corley and Dfc. Eoff in their individual capacity for depriving him of writing paper in violation of the First Amendment;

6. Plaintiff's First Amendment retaliation claim against Cpl. Rollins in his individual capacity;

7. Claims against Dpt. Eoff in his individual capacity for use of excessive force on March 29, 2022, and April 23, 2022; and

8. Claims against Cpt. Cradduck in his individual capacity for use of excessive force on March 31, 2022.

All other claims in the Complaint are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). Accordingly, Defendants Chief Deputy (now SHERIFF) Jay Cantrell, Cpl. D. Nunziato, and Cpl. K. Turner are **TERMINATED** as parties to the case.

**IT IS SO ORDERED** on this 1st of March, 2023.

>    */s/ Timothy L. Brooks*
>    TIMOTHY L. BROOKS
>    UNITED STATES DISTRICT JUDGE