IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                              **PLAINTIFF**

V.                                           **CASE NO. 5:22-CV-5243**

**CAPTAIN NOLAN AKE; SERGEANT CARLOS PINEDA;
SERGEANT JACOB ALLEN;
DEPUTY GRANADOS; DEPUTY H. EOFF;
CORPORAL L. CRADDUCK; CORPORAL D. ROLLINS;
DEPUTY M. REDMOND; DEPUTY MONTANO;
DEPUTY DRUMRIGHT; CORPORAL TATE;
OFFICER R. PHIPPS; SERGEANT FOSTER;
CORLEY; and CORPORAL T. MULVANEY**                                                        **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 55) filed in this case on July 30, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and Defendants' Motion for Summary Judgment (Doc. 41) is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) The Motion is **DENIED** with respect to Plaintiff's official capacity claim against Defendant Ake for WCDC's "pencil policy" during the timeframe alleged in the Complaint.

(2) The Motion is **GRANTED** in all other respects, and in particular:

a. Plaintiff's claims against Defendants Allen, Granados, and Pineda in their individual capacities for failure to deliver Plaintiff's mail in violation of the First Amendment are **DISMISSED WITH PREJUDICE**;

b. Plaintiff's claims against Defendants Redmond, Rollins, Montano, Drumright, Tate, Phipps, and Foster in their individual capacities for depriving Plaintiff of a pencil in violation of the First Amendment are **DISMISSED WITH PREJUDICE**;

c. Plaintiff's claims against Defendant Ake in his individual capacity for authoring the WCDC "pencil policy" are **DISMISSED WITH PREJUDICE**;

d. Plaintiff's claims against Defendant Mulvaney in his individual capacity for failing to train or supervise with respect to the WCDC "pencil policy" are **DISMISSED WITH PREJUDICE**;

e. Plaintiff's claims against Defendants Corley and Eoff in their individual capacities for depriving him of writing paper in violation of the First Amendment are **DISMISSED WITH PREJUDICE**;

f. Plaintiff's First Amendment retaliation claim against Defendant Rollins in his individual capacity is **DISMISSED WITH PREJUDICE**;

g. Plaintiff's claims against Defendant Eoff in his individual capacity for his purported use of excessive force on March 29, 2022, and April 23, 2022, are **DISMISSED WITH PREJUDICE**;

    h. Plaintiff's claims against Defendant Cradduck in his individual capacity for his purported use of excessive force on March 31, 2022, are **DISMISSED WITH PREJUDICE**;

    i. Defendants Pineda, Allen, Granados, Eoff, Cradduck, Rollins, Redmond, Montano, Drumright, Tate, Phipps, Foster, Corley, and Mulvaney are **TERMINATED** from this action; and

    j. Plaintiff's request for damages is limited to the recovery of nominal and punitive damages.

**IT IS SO ORDERED** on this 19th day of August, 2024.

                                          */s/ Timothy L. Brooks*
                                          TIMOTHY L. BROOKS
                                          UNITED STATES DISTRICT JUDGE